Opinion issued August 29, 2011.



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-11-00676-CV

———————————

In re Tracy Brown, Relator



 



 



Original Proceeding on Petition for Writ of Mandamus

 



 

MEMORANDUM OPINION

Relator Tracy Brown filed a petition for writ of mandamus
complaining of Judge Storey’s order denying Brown’s motion to dismiss.[1]

We deny the
petition for writ of mandamus.  Any
pending motions are dismissed as moot.

PER CURIAM

 

Panel consists of Justices Keyes, Higley, and
Massengale.

 











[1]        The Honorable Linda Storey, judge of the County Civil Court at Law No.
3 of Harris County, Texas.  The
underlying lawsuit is Mesa Distributors, Inc. v. Tracy Brown d/b/a
Rhinestones in Design, No. 990817 (Cnty. Ct. at Law No. 3, Harris County,
Tex.).